# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GAVIN CULLENS,

       Petitioner,

v.                                                  Case Number: 2:13-CV-11835

CINDI CURTIN,

       Respondent.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Denying Petition for Writ of Habeas Corpus . . .," dated September 29, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Cindi Curtin and against Petitioner Gavin Cullens. Dated at Detroit, Michigan, this 29th day of September, 2016.

                                                                DAVID J. WEAVER
                                                                CLERK OF THE COURT

                                                                S/Lisa Wagner
                                                      By: Lisa Wagner, Case Manager
                                                            to Judge Robert H. Cleland